# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1]<br><br>                        Debtors. | Case No.: 19-11466 (MFW)<br>(Jointly Administered)<br><br>Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL,<br><br>                        Plaintiff,<br><br>v.<br><br>GENERAL HEALTHCARE RESOURCES, INC.,<br><br>                        Defendant. | Adv. Proc. No. 21-50778 (MFW)<br><br>**Ref. No. 17** |

## CERTIFICATE OF SERVICE

I, Matthew B. McGuire, Esquire hereby certify that on December 30, 2021, a true and correct copy of *Defendant General Healthcare Resources, Inc.'s Answer and Affirmative Defenses to Complaint for Avoidance and Recovery of Transfers Pursuant to 11 U.S.C. §§ 547, 548 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502(d)* caused to be served on the attached service list via Electronic Mail.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

{200.001-W0066696.}

Dated:  January 3, 2022　　　　　　　　**LANDIS RATH & COBB LLP**
   Wilmington, Delaware

                */s/ Matthew B. McGuire*
                Matthew B. McGuire (No. 4366)
                919 Market Street, Suite 1800
                Wilmington, DE 19801
                Telephone: (302) 467-4400
                Facsimile: (302) 467-4450
                E-mail: mcguire@lrclaw.com

                *Counsel for General Healthcare Resources, Inc.*

| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
|---|---|
| Saul Ewing Arnstein & Lehr LLP | Saul Ewing Arnstein & Lehr LLP |
| Mark Minuti | Jeffrey C. Hampton |
| John D. Demmy | Adam H. Isenberg |
| Monique B. DiSabatino | Jorge Garcia |
| 1201 N. Market Street, Suite 2300 | Shannon A. McGuire |
| P.O. Box 1266 | Centre Square West |
| Wilmington, DE 19899 | 1500 Market Street, 38th Floor |
| Email: mark.minuti@saul.com | Philadelphia, PA 19102 |
| john.demmy@saul.com | Email: jeffrey.hampton@saul.com |
| monique.disabatino@saul.com | adam.isenberg@saul.com |
|  | jorge.garcia@saul.com |
|  | shannon.mcguire@saul.com |