# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL HEALTHCARE RESOURCES INC.,<br><br>    Defendant. | Adv. Proc. No. 21- 50778 (MFW) |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Center City Healthcare, LLC d/b/a Hahnemann University Hospital (the "**Plaintiff**"), and General Healthcare Resources, Inc. (the "**Defendant**"), hereby stipulate to dismiss with prejudice all claims asserted in the above-captioned adversary proceeding, with Plaintiff and Defendant each bearing its own costs and expenses, respectively.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

So stipulated on June 17, 2022.

| | |
|---|---|
| **LANDIS RATH & COBB LLP** | **SAUL EWING ARNSTEIN & LEHR LLP** |
| /s/ Matthew B. McGuire | /s/ Monique B. DiSabatino |
| Matthew B. McGuire (DE Bar No. 4366) | Mark Minuti (DE Bar No. 2659) |
| 919 Market Street, Suite 1800 | John D. Demmy (DE Bar No. 2802) |
| P.O. Box 2087 | Monique B. DiSabatino (DE Bar No. 6027) |
| Wilmington, DE 19899 | 1201 N. Market Street, Suite 2300 |
| Telephone: (302) 467-4400 | P.O. Box 1266 |
| mcguire@lrclaw.com | Wilmington, DE 19899 |
| | Telephone: (302) 421-6800 |
| -and- | mark.minuti@saul.com |
| | john.demmy@saul.com |
| **CONNOR, WEBER & OBERLIES** | monique.disabatino@saul.com |
| Monica Mathews Reynolds, Esq. | -and- |
| 171 W. Lancaster Ave. | |
| Paoli, PA 19301 | Jeffrey C. Hampton |
| Telephone: (610)-640-2805 | Adam H. Isenberg |
| Fax: (610) 640-1520 | A. Mayer Kohn |
| mreynolds@cwolaw.com | Centre Square West |
| | 1500 Market Street, 38th Floor |
| *Counsel for the Defendant General Healthcare Resources LLC* | Philadelphia, PA 19102 |
| | Telephone: (215) 972-7777 |
| | Fax: (215) 972-7725 |
| | jeffrey.hampton@saul.com |
| | adam.isenberg@saul.com |
| | mayer.kohn@saul.com |
| | |
| | *Counsel for the Plaintiff* |